```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
TYRELL LIENELL JONES,                                            :
                                                                 :
                              Plaintiff,                         :
                                                                 :      23 Misc. 410 (JPC)
           -v-                                                   :
                                                                 :            ORDER
ALL PUBLIC OFFICIALS,                                            :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Tyrell Jones, who is appearing *pro se*, initiated this matter as a miscellaneous case.[1] Dkt. 1 at 1. Jones styles his lead submission as "Notice of Reservation of Rights and Notice of Intent To Sue," *id.* (all capitalization removed), and he also has filed an affirmation and affidavits, Dkts. 2, 5-6. Jones contends, *inter alia*, that he is "not a 'person,'" that he has not "contracted away [his] sovereignty," and that as a "free Sovereign," he is not required to have a driver's license to travel by car for non-commercial purposes. Dkt. 1 at 3-5. Jones demands that he be placed on a "Do Not Detain" list to avoid "threat, duress, intimidation, or possibly even death" in the event he is "pulled over" while driving. *Id.* at 2.

Jones's application is not proper as a miscellaneous matter and cannot proceed on the miscellaneous docket. Accordingly, the Court orders that this miscellaneous case be closed and that the application be opened as a new civil action. Any pending motions are denied without prejudice.

---

[1] Jones paid the $49.00 filing fee applicable to miscellaneous cases.

Accordingly, the Clerk of Court is directed to treat Plaintiff's applications, Dkts. 1-2, 5-6, as a new civil action and close this miscellaneous case. No further filings will be accepted in this miscellaneous action. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: November 14, 2023
New York, New York

JOHN P. CRONAN
United States District Judge