UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TYRELL LIENELL JONES,

    Plaintiff,

-against-

ALL PUBLIC OFFICIALS,

    Defendants.

---

23-CV-10044 (LTS)

ORDER OF DISMISSAL
WITH LEAVE TO REPLEAD

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Plaintiff filed this action *pro se*.[1] By order dated December 15, 2023, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

## STANDARD OF REVIEW

  The Court must dismiss an IFP complaint, or any portion of the complaint, that is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B); *see Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998). The Court must also dismiss a complaint when the Court lacks subject matter jurisdiction of the claims raised. *See* Fed. R. Civ. P. 12(h)(3).

  While the law mandates dismissal on any of these grounds, the Court is obliged to construe *pro se* pleadings liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009), and interpret them to raise the "strongest [claims] that they *suggest*," *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006) (internal quotation marks and citations omitted) (emphasis in

---

[1] Plaintiff filed this matter as a miscellaneous action. By order dated November 14, 2023, Judge Cronan directed the Clerk of Court to close the miscellaneous case and open the matter as a new civil action. (ECF 1.)

original). But the "special solicitude" in *pro se* cases, *id*. at 475 (citation omitted), has its limits – to state a claim, *pro se* pleadings still must comply with Rule 8 of the Federal Rules of Civil Procedure, which requires a complaint to make a short and plain statement showing that the pleader is entitled to relief.

## BACKGROUND

Plaintiff initiated this action by filing: (1) a "notice of reservation of rights and notice of intent to sue"; (2) an affirmation in support of that notice; (3) an "affidavit of no social security number"; and (4) an "affidavit of limited and durable power of attorney general." (ECF 2-3, 5-6.)[2]

Attached to the "notice of reservation of rights" is an "affidavit of reservation of rights O.C.G.A. 11-1-207," which includes the following language:

> PUBLIC TYRELL JONES, sui juris THIS IS A PUBLIC COMMUNICATION TO ALL All rights reserved UCC 1-308/1-207 Notice to agents is notice to principles c/o 1510 Castle Hill Avenue, Notice to principles is Notice to Agents Bronx, New York a republic near [10462] Applications to all successors and assigns Phone: [347-674-2171] All are without excuse Non-domestic without the United States Let it be known to all that I, Jones, Tyrell; Lienell explicitly reserves all of my rights. See O.C.G.A. 11-1-308 § 11-1-207 - Performance or acceptance under reservation of rights.

(ECF 2 at 3.)

Another attachment, entitled "Affidavit of truth," includes the following language:

> Be it known to all courts, governments, and other parties, that I, Jones, Tyrell: Lienell am a natural, freeborn Sovereign, without subjects. I am neither subject to any entity anywhere, nor is any entity subject to me. I neither dominate anyone, nor am I dominated.
>
> My authority for this statement is the same as it is for all free Sovereigns everywhere: the age-old, timeless, and universal respect for the intrinsic rights, property, freedoms, and responsibilities of the Sovereign Individual.

---

[2] The Court quotes verbatim from Plaintiff's submissions. All spelling, grammar, and punctuation are as in the original unless noted otherwise.

> I am not a "person" when such term is defined in statutes of the United States or statutes of the several states when such definition includes artificial entities. I refuse to be treated as a federally or state created entity which 1s only capable of exercising certain rights, privileges, or immunities as specifically granted by federal or state governments.

(*Id.* at 4.)

It is not clear from the complaint who the Defendants are or what relief he seeks.

## DISCUSSION

Although *pro se* litigants enjoy the Court's "special solicitude," *Ruotolo v. I.R.S.*, 28 F.3d 6, 8 (2d Cir. 1994) (per curiam), their pleadings must comply with Rule 8 of the Federal Rules of Civil Procedure, which requires a complaint to make a short and plain statement showing that the pleader is entitled to relief. A complaint states a claim for relief if the claim is plausible. *Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009) (citing *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007)). To review a complaint for plausibility, the court accepts all well-pleaded factual allegations as true and draws all reasonable inferences in the pleader's favor. *Id.* (citing *Twombly*, 550 U.S. at 555). But the court need not accept "[t]hreadbare recitals of the elements of a cause of action," which are essentially legal conclusions. *Id*. at 678 (citing *Twombly*, 550 U.S. at 555). As set forth in *Iqbal*:

> [T]he pleading standard Rule 8 announces does not require detailed factual allegations, but it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation. A pleading that offers labels and conclusions or a formulaic recitation of the elements of a cause of action will not do. Nor does a complaint suffice if it tenders naked assertions devoid of further factual enhancement.

*Id*. (internal citations, quotation marks, and alteration omitted). After separating legal conclusions from well-pleaded factual allegations, the court must determine whether those facts make it plausible – not merely possible – that the pleader is entitled to relief. *Id.*

Here, Plaintiff's submission does not comply with Rule 8 because it contains extraneous and confusing information and does not contain a short and plain statement showing that Plaintiff is entitled to relief. The information Plaintiff presents is largely incomprehensible and does not explain who Plaintiff seeks to sue or what claims Plaintiff is attempting to raise, and thus Defendants are not on notice as to what Plaintiff is asserting against them. In short, the Court is simply unable to decipher with any clarity the specific events and conduct giving rise to Plaintiff's claims or what relief he seeks.

In an abundance of caution, the Court grants Plaintiff leave to replead his claims in an amended complaint should he wish to do so. Plaintiff's amended complaint should tell the Court: who violated his federally protected rights and how; when and where such violations occurred; and why Plaintiff is entitled to relief.

## CONCLUSION

Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Plaintiff is granted leave to file an amended complaint that complies with the standards set forth above. Plaintiff must submit the amended complaint to this Court's Pro Se Intake Unit within 30 days of the date of this order, caption the document as an "Amended Complaint," and label the document with docket number 23-CV-10044 (LTS). An Amended Complaint form is attached to this order. No summons will issue at this time. If Plaintiff fails to comply within the time allowed, and she cannot show good cause to excuse such failure, the Court will direct the Clerk of Court to enter judgment in this case.

The Clerk of Court is instructed to hold this matter open on the docket until a civil judgment is entered.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   January 3, 2024
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
_____

\_\_\_\_ Civ. _____ ( \_\_\_\_ )

*(In the space above enter the full name(s) of the plaintiff(s).)*

**AMENDED COMPLAINT**

-against-

Jury Trial:  ☐ Yes    ☐ No
(check one)

_____
_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant  No. 1     Name  _____

                     Street Address  _____

                     County, City  _____

                     State & Zip Code  _____

                     Telephone Number  _____

Defendant  No. 2     Name  _____

                     Street Address  _____

                     County, City  _____

                     State & Zip Code  _____

                     Telephone Number  _____

Defendant  No. 3     Name  _____

                     Street Address  _____

                     County, City  _____

                     State & Zip Code  _____

                     Telephone Number  _____

Defendant  No. 4     Name  _____

                     Street Address  _____

                     County, City  _____

                     State & Zip Code  _____

                     Telephone Number  _____

**II.     Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.     What is the basis for federal court jurisdiction?  *(check all that apply)*

       ☐ Federal Questions            ☐ Diversity of Citizenship

B.     If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

       _____

       _____

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

       Plaintiff(s) state(s) of citizenship _____

       Defendant(s) state(s) of citizenship _____

       _____

*Rev. 12/2009*                                2

**III.    Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? _____
_____

B. What date and approximate time did the events giving rise to your claim(s) occur? _____
_____
_____

C. Facts: _____

| What happened to you? |
_____
_____
_____

| Who did what? |
_____
_____
_____

| Was anyone else involved? |
_____
_____

| Who else saw what happened? |
_____
_____
_____

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.  _____
_____
_____
_____
_____
_____
_____

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

|                          |                                  |
|--------------------------|----------------------------------|
| Signature of Plaintiff   | _____   |
| Mailing Address          | _____   |
|                          | _____   |
|                          | _____   |
| Telephone Number         | _____   |
| Fax Number *(if you have one)* | _____ |

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

|                          |                                  |
|--------------------------|----------------------------------|
| Signature of Plaintiff:  | _____   |
| Inmate Number            | _____   |